BRIANE NELSON MITCHELL (ISB #2346)
**MAUK & BURGOYNE**
515 South 6th Street
Post Office Box 1743
Boise, Idaho 83701-1743
Telephone: (208) 345-2654
Facsimile (208) 345-3319
nels@maukburgoyne.com

Attorneys for Defendants PCS Edventures!.com, Inc.
and Anthony A. Maher

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No. 10-CV-00433 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | AFFIDAVIT OF BRIANE NELSON MITCHELL IN SUPPORT OF THE (1) MOTION TO STRIKE, AND (2) MOTION TO DISMISS (AND/OR SUMMARY JUDGMENT) SUBMITTED BY PCS EDVENTURES!.COM, INC. AND ANTHONY A. MAHER |
| PCS EDVENTURES!.COM, INC., an Idaho corporation, ANTHONY A. MAHER, an individual, and SHANNON M. STITH, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

STATE OF IDAHO   )
                 )ss.
County of Ada    )

I, Briane Nelson Mitchell, being first duly sworn upon oath, depose and say:

1.  I am counsel for Defendants PCS Edventures!.com, Inc. and Anthony A. Maher in this matter and submit this Affidavit in Support of the (1) Motion to Strike, and (2) Motion to Dismiss (and/or for Summary Judgment) Submitted by Defendants PCS Edventures!.com, Inc. and Anthony A. Maher (the "PCS and Maher Motions").

2. Attached as Exhibit A are true and correct copies of the pages from SEC Exhibit 8 that are referenced in the PCS and Maher Motions.

3. Attached as Exhibit B are true and correct copies of the pages from SEC Exhibit 7 that are referenced in the PCS and Maher Motions.

4. Attached as Exhibit C are true and correct copies of the pages from SEC Exhibit 9 that are referenced in the PCS and Maher Motions.

5. Attached as Exhibit D are true and correct copies of the email exchange between PCS and outside counsel relating to the March 28, 2007 press release, which was provided to the SEC with PCS' Wells Submission.

6. Attached as Exhibit E are true and correct copies of the pages from the SEC Deposition of Shannon Stith that are referenced in the PCS and Maher Motions.

7. Attached as Exhibit F are true and correct copies of the pages from SEC Exhibit 6 that are referenced in the PCS and Maher Motions.

8. Attached as Exhibit G are true and correct copies of the pages from SEC Exhibit 4 that are referenced in the PCS and Maher Motions.

9. Attached as Exhibit H is a true and correct copy of SEC Form 8-K filed by PCS Edventures!.com, Inc. with the SEC on October 23, 2006.

10. Attached as Exhibit I are true and correct copies of the pages from SEC Exhibit 12 that are referenced in the PCS and Maher Motions.

11. Attached as Exhibit J are true and correct copies of the pages from the SEC Deposition of Robert Grover that are referenced in the PCS and Maher Motions.

12. Attached as Exhibit K are true and correct copies of the pages from the SEC Deposition of Anthony Maher that are referenced in the PCS and Maher Motions.

AFFIDAVIT OF BRIANE NELSON MITCHELL IN SUPPORT OF THE (1) MOTION TO STRIKE, AND (2) MOTION TO DISMISS (AND/OR SUMMARY JUDGMENT) SUBMITTED BY PCS EDVENTURES!.COM, INC. AND ANTHONY A. MAHER -2

13. Attached as Exhibit L is a true and correct copy of the Saudi Deputy Education Minister's letter to the Ministry of Education Contracting Department, dated December 27, 2006, along with a translation of the letter, which were provided to the SEC with PCS' Wells Submission.

14. Attached as Exhibit M is a true and correct copy of an *Arab News* article, dated February 13, 2007, which was provided to the SEC with PCS' Wells Submission.

15. Attached as Exhibit N are true and correct copies of photographs showing Dr. Refai demonstrating PCS products to the Saudi Minister of Education, which were provided to the SEC with PCS' Wells Submission.

16. Attached as Exhibit O are true and correct copies of the Reports, translations, sales orders, and receipts relating to the PCS pilot programs that were provided to the SEC with PCS' Wells Submission.

17. Attached as Exhibit P is a true and correct copy of an article by Rachel Branson [Council of Foreign Relations Senior Fellow and Director of Middle East Studies] and Isabel Coleman [Council on Foreign Relations Senior Fellow and Director of the U.S. Foreign Policy and Women Program], *Dallas Morning News*, May 7, 2005, that was provided to the SEC with PCS' Wells Submission.

18. Attached as Exhibit Q is a true and correct copy of an article by Faye Bowers, *The Christian Science Monitor*, Jan. 12, 2004, that was provided to the SEC with PCS' Wells Submission.

19. Attached as Exhibit R is a true and correct copy of a Wikipedia article, "Education in Saudi Arabia," that was provided to the SEC with PCS' Wells Submission.

20. Attached as Exhibit S is a true and correct copy of Global Techniques International Distribution Agreement with PCS, dated February 26, 2007, that was provided to the SEC with PCS' Wells Submission.

21. Attached as Exhibit T is a true and correct copy of PCS' Authorization to Dr. Refai, dated March 2, 2007, that was provided to the SEC with PCS' Wells Submission.

22. Attached as Exhibit U is a true and correct copy of the Arabic versions of the BrickLab curriculum for several grades and emails showing delivery to Dr. Refai, that were provided to the SEC with PCS' Wells Submission.

23. Attached as Exhibit V are true and correct copies of the pages from SEC Exhibit 5 that are referenced in the PCS and Maher Motions.

24. Attached as Exhibit W is a true and correct copy of an article by Abdul Ghafour, *Arab News*, April 17, 2007, that was provided to the SEC with PCS' Wells Submission.

25. Attached as Exhibit X is a true and correct copy of photographs from the April 2007 robotics competition, that were provided to the SEC with PCS' Wells Submission.

26. Attached as Exhibit Y are true and correct copies of pages from the Form 10-KSB for the Year Ended March 31, 2007 filed by PCS Edventures!.com, Inc. with the SEC on June 26, 2007.

27. Attached as Exhibit Z is a true and correct copy of a *Saudi Press Agency* article dated February 12, 2007, which was provided to the SEC with PCS' Wells Submission.

DATED This 8th day of November, 2010

_____
Briane Nelson Mitchell

SUBSCRIBED AND SWORN TO Before me, the undersigned Notary Public, this 8th day of November, 2010.

_____
Notary Public for Idaho
Residing at: Boise
Commission Expires: April 24, 2012

[Notary Seal: SALLY ANDERSON, Notary Public, State of Idaho]

**AFFIDAVIT OF BRIANE NELSON MITCHELL IN SUPPORT OF THE (1) MOTION TO STRIKE, AND (2) MOTION TO DISMISS (AND/OR SUMMARY JUDGMENT) SUBMITTED BY PCS EDVENTURES!.COM, INC. AND ANTHONY A. MAHER -5**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of November, 2010, I electronically filed the foregoing Affidavit of Briane Nelson Mitchell in Support of the (1) Motion to Strike, and (2) Motion to Dismiss Submitted by PCS Edventures!.com, Inc. and Anthony A. Maher with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

- **Thomas M Melton**
  meltont@sec.gov
- **Cheryl M Mori**
  moric@sec.gov
- **Holly Stein Sollod**
  hsteinsollod@hollandhart.com
- **Erik F Stidham**
  EFStidham@hollandhart.com,DLJenkins@hollandhart.com,BoiseIntakeTeam@hollandhart.com
- **Daniel J Wadley**
  wadleyd@sec.gov
- **Brian C Wonderlich**
  bcwonderlich@hollandhart.com,dljenkins@hollandhart.com,BoiseIntakeTeam@hollandhart.com

                                                       /s/
                                             Sally Anderson,
                                             Assistant to Briane Nelson Mitchell