UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PCS EDVENTURES!.COM, INC., an Idaho Corporation, ANTHONY A. MAHER, an individual, and SHANNON M. STITH, an individual,<br><br>Defendants. | Case No. 1:10-CV-433-BLW<br><br>**ORDER** |

The Court has before it Plaintiff's Motion to Extend Deadlines (Dkt. 22) and the Stipulated Motion to Extend Deadlines (Dkt. 25). Good cause appearing, the Court will deem moot the motion and grant the stipulation.

**ORDER**

**IT IS ORDERED:**

1. Plaintiff's Motion to Extend Deadlines (Dkt. 22) is **DEEMED MOOT**.

2. The Stipulated Motion to Extend Deadlines (Dkt. 25) is **GRANTED**. Plaintiff shall have until **December 30, 2010** to file its response brief to the Motion to Dismiss filed by Defendants PCS and Maher, the Motion to

Strike filed by PCS and Maher, and joined by defendant Stith, and the Motion to Dismiss filed by Stith.

DATED: **November 22, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge